```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF SOUTH DAKOTA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| EDWIN "JOE" COLEMAN, | CIV. 14-4181 |
| Plaintiff, | |
| vs. | |
| GALLAGHER BASSETT SERVICES, INC., THE HARTFORD FIRE INSURANCE COMPANY, HOUSTON CASUALTY COMPANY, GALLAGHER BASSETT SERVICES, INC., | **Notice of Dismissal Of Defendant Houston Casualty Company** |
| Defendants. | |

COMES NOW, the Plaintiff, Edwin "Joe" Coleman, by and through his attorney Scott G. Hoy, of Hoy Trial Lawyers, Prof. L.L.C., and files this Notice of Dismissal pursuant to Fed. Rule of Civ. Procedure 41, of the Defendant, Houston Casualty Company, without prejudice.

DATED: December 9, 2014         /s/ Scott G. Hoy
                                Scott G. Hoy
                                Hoy Trial Lawyers, Prof. L.L.C.
                                1608 W. Russell Street
                                Sioux Falls, SD 57104
                                Phone: (605) 334-8900
                                Fax: (605) 338-1918
                                E-mail – scott@hoylaw.com
                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing "Notice of Dismissal of Houston Casualty Company" was served upon the following attorneys:

>Jeff G. Schultz
>Wood, Fuller, Shultz & Smith, P.C.
>P.O. Box 5027
>Sioux Falls, SD 57117
>*Attorneys for Co-Defendant Gallagher Bassett Services, Inc.*
>
>Margo D. Northrup
>Riter, Rogers, Wattier & Northrup, LLP
>P.O. Box 280
>Pierre, SD 57501
>*Attorneys for Co-Defendant Houston Casualty Company*
>
>Justin Clarke
>Davenport, Evans, Hurwitz  & Smith, LLP
>P.O. Box 1030
>Sioux Falls, SD 57101
>*Attorneys for Co-Defendant Hartford Fire Insurance Company*

via ECF System this 9th day of December, 2014.

/s/Scott G. Hoy

2