

**FILED**

**JAN 23 2015**

CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| EDWIN "JOE" COLEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>GALLAGHER BASSETT SERVICES, INC. THE HARTFORD FIRE INSURANCE COMPANY, HOUSTON CASUALTY COMPANY, GALLAGHER BASSETT SERVICES, INC.,<br><br>Defendants. | CIV. 14-4181<br><br>ORDER SUBSTITUTING PARTY DEFENDANT AND AMENDING THE CAPTION |

The Court, having reviewed the Stipulation to Substitute Party Defendant and Amend the Caption filed herein, good cause appearing, and upon all of the files and records herein, the Court being fully advised, now, therefore, it is

ORDERED that pursuant to Federal Rule of Civil Procedure 21, Gallagher Bassett Services, Inc., shall be dropped as a party to this action, and that Twin City Fire Insurance Company shall be added as a substitute Defendant; it is further

ORDERED that paragraph three of the Complaint shall be amended to allege that Defendant Twin City Fire Insurance Company is the worker's compensation insurer for Concrete Materials who is authorized and licensed to do business in the State of South Dakota; it is further

ORDERED that paragraphs four and five of the complaint shall be stricken; it is further

ORDERED that Defendant Twin City Fire Insurance Company shall have twenty-one days following the entry of this order to answer the allegations of the complaint as amended; it is further

ORDERED that in subsequent documents served and filed herein, the caption in the above-entitled matter shall be amended to read "Edwin "Joe" Coleman, Plaintiff, v. Twin City Fire Insurance Company and The Hartford Fire Insurance Company, Defendants."

Dated this 23rd of  January , 2015.

BY THE COURT:

_____
ROBERTO LANGE
UNITED STATES DISTRICT JUDGE