UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| EDWIN "JOE" COLEMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GALLAGHER BASSETT SERVICES, INC., THE HARTFORD FIRE INSURANCE COMPANY, HOUSTON CASUALTY COMPANY, TWIN CITY FIRE INSURANCE COMPANY,<br><br>　　　　　Defendants. | 4:14-CV-04181-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On July 14, 2015, the parties filed a Stipulation for Dismissal, Doc. 19. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 15th day of July, 2015.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Roberto A. Lange*
　　　　　　　　　　　　　　　　ROBERTO A. LANGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE